NUMBER 13-02-672-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


CGU INSURANCE COMPANY , Appellant,



v.



WORLD CLOTHING CORPORATION , Appellee.

____________________________________________________________________


On appeal from the 357th District Court

of Cameron County, Texas.

____________________________________________________________________



MEMORANDUM OPINION

 

Before Justices Hinojosa, Yanez, and Garza

Opinion Per Curiam



 Appellant, CGU INSURANCE COMPANY , perfected an appeal from an order entered by the 357th District Court of
Cameron County, Texas, in cause number 2001-02-713-E . After the record was filed, appellant filed an agreed motion to
dismiss the appeal. In the motion, appellant states that the parties are in agreement that this appeal should be voluntarily
dismissed, with each party to bear its taxable costs of court incurred on appeal. Appellant requests that this Court dismiss
the appeal.

 The Court, having considered the documents on file and appellant's agreed motion to dismiss the appeal, is of the opinion
that the motion should be granted. Appellant's agreed motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 20th day of February, 2003 .